**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KRISTINE KRISTEL-PAPP on behalf of herself and all others similarly situated,

                              Plaintiff,

                    v.

JPMORGAN CHASE BANK, N.A.,

                              Defendant

Index No.:
CLASS ACTION

Date Index No.
Purchased: 11/19/2018

Plaintiff designates: **New York County** as the place of trial. The basis of venue is CPLR §§ 501, 503(a) and (c)

Date Summons was filed with the Clerk of Court: 11/19/2018

## SUMMONS WITH NOTICE

**TO :**   JP MORGAN CHASE BANK, N.A.
        270 PARK AVENUE
        NEW YORK, NEW YORK 10017

      **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on the Plaintiffs at the address set forth below, and to do so within twenty (20) days after the service of this Summons (not counting the day of service itself), or within thirty (30) days after service is complete if the summons is not delivered personally to you within the State of New York.

**NOTICE:**     **The nature of this action is:** This is an action brought to recover damages for breach of contract, unjust enrichment, and breach of the implied covenant of good faith and fair dealing. The causes of action arise from Defendant's breach of its mortgage and loan agreements with Plaintiff when it imposed and collected fees and/or penalties for the early payoff of the mortgage loan.

                **The relief sought is:** Plaintiff seeks, on behalf of herself and the putative class, compensatory damages in an amount to be proven at trial, plus costs, attorneys' fees, and interest in an amount permitted by law, and for such other and further relief as the Court may deem just and proper.

**YOU ARE HEREBY NOTIFIED THAT** should any Defendant fail to appear herein, judgment will be entered by default against that Defendant.

Dated:   November 19, 2018
              Hawthorne, NY

                            **LAW OFFICE OF MICHAEL T. O'LEARY, LLP**

                            By: /s/ Michael T. O'Leary
                            Michael T. O'Leary
                            151 Broadway
                            Hawthorne, NY 10532
                            Tel. (917) 846-3354
                            Fax. (914) 495-3051
                            molearylawyer@gmail.com
                            *Counsel for Plaintiffs*